```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RISA JORDAN                       :      CIVIL ACTION
                                  :
         v.                       :
                                  :
SCHOOL DISTRICT OF PHILADELPHIA   :      NO. 11-2712
```

ORDER

AND NOW, this 29th day of May, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant for summary judgment (Doc. #42) is GRANTED as to plaintiff's claims for discrimination and hostile work environment under the Americans with Disabilities Act, 42 U.S.C. §§ 12101 et seq.; and

(2)  the motion is otherwise DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.